FILED
APR 27 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:22CR246 RWS/SRW |
| v. ) | |
| ) | |
| NICHOLAS P. TATE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and C. Ryan Finlen, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

2. As of November 10, 2021, the day of the charged possession of a firearm, Defendant was on parole following an August 2019 convictions for stealing a motor vehicle in 21st Judicial Circuit case number 19SL-CR123-01.

3. Defendant is expected to appear before this Court on a writ. However, in the event Defendant is released prior to the execution of the writ and appears pursuant to an arrest warrant, the United States would still submit that there is no condition or combination of the conditions that will assure Defendant's appearance as required or the safety of the community.

4. Further, in the event Defendant appears pursuant to an arrest warrant, the United States would request leave to supplement this motion with additional facts in support of detention.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ C. Ryan Finlen*
C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney